UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| YVETTE SANDERS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-00061 |
| | § | |
| QUINSTREET, INC.; dba | § | |
| COLLEGEFINDER.COM, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Dismissal filed on July 15, 2014 (Doc. 31) this case is DISMISSED without prejudice. All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 16th day of July, 2014.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE